# ALABAMA COURT OF CRIMINAL APPEALS



September 6, 2024

**CR-2023-0993**

M.L.H. v. State of Alabama (Appeal from Montgomery Circuit Court: CC-18-259.60)

## <u>NOTICE</u>

You are hereby notified that on September 6, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk